### HUBBARD V. BROWN.

A garnishee is not liable upon a *scire facias,* where his principal was not an absconding debtor, at the time the copy was left in service.

SCIRE FACIAS against Brown as agent, factor, etc. to Robert Williams.

Plea in bar — That at the time of serving the original writ, and of leaving the copy with the defendant, the said Robert was not an absent absconding debtor; but was openly and publicly about and in company with said officer, when he served the said writ, and might have been taken. The plea was traversed and the issue put to the court.

The court found the facts stated in the plea, and gave judgment for the defendant.— By which two points were determined, viz. 1st. That in order to subject the garnishee, the principal must be an absconding debtor, at the time of serving the original process. 2d. That the garnishee may take advantage of this upon the *scire facias.*